UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

MAGGIE E. LOPEZ,

                       Plaintiff,

    -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, PAUL CANNON, *Principal of P.S.
140X*, SHARON WEISSBROT, *Principal of P.S.
152X*, SHARON GERSTEN, *Field Supervisor*,
AND KENDRA GARDNER *Principal of PS 169X*,

                       Defendants.

------------------------------------- x



ORDER

19 Civ. 3693 (GBD) (RWL)

GEORGE B. DANIELS, United States District Judge:

    This Court having been advised that the parties have reached a settlement in principle, the Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to restoring the action to this Court's calendar if an application to restore is made within thirty (30) days of this Order.

Dated: New York, New York
          December 10, 2019

                                                    SO ORDERED.

                                                     */s/ George B. Daniels*
                                                     GEORGE B. DANIELS
                                                     United States District Judge